IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CATHY L. GARRETT, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   C.A. No.: 17-185 CJB |
| | * |
| RED CLAY CONSOLIDATED SCHOOL DISTRICT, | * |
| | * |
| Defendant. | * |

NOTICE OF SERVICE

I hereby certify that I have caused a copy of the below noted documents:

PLAINTIFF'S SUPPLEMENTAL ANSWER TO DEFENDANT'S INTERROGATORY NO. 4

To be served upon:

Barry Willoughby, Esq.
Lauren Russell, Esq.
Young, Conaway, Stargatt & Taylor
Rodney Square
1000 N. King St.
Wilmington, DE 19801

Via U.S. Mail, on October 26, 2017.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. # 362
GARY E. JUNGE
Bar I.D. #6169
414 S. State Street
P.O. Box 497
Dover, DE 19901
Attorneys for Plaintiff